UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DEMATIC CORPORATION, | Case No. 1:08-cv-730 |
| Plaintiff, | HONORABLE PAUL L. MALONEY |
| v. | |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) and UAW LOCAL 1485, | |
| Defendants. | |

## **JUDGMENT**

**Per Federal Rule of Civil Procedure 58,** j**udgment is entered in favor of the plaintiff.**

The decision and award of the arbitrator is **VACATED**.

The case is terminated and closed. This is a final order.

Judgment is entered on this 16th day of July 2009.

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge